**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| WASHINGTON MUTUAL, INC., | ) | Case No. 08-12229 (MFW) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| MICHAEL WILLINGHAM and ESOPUS CREEK VALUE LP, | ) ) | Adversary P. No. 10-51297 (MFW) |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | |
| | ) | |
| WASHINGTON MUTUAL INC., a Washington corporation, | ) ) | |
| Defendant. | ) | |

**NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION
TO REMAND ADVESARY PROCEEDING TO WASHINGTON STATE COURT**

Michael Willingham and Esopus Creek Value, LP, the plaintiffs in the above-captioned adversary proceeding (the "Plaintiffs"), by their undersigned counsel, represent as follows:

1. By order dated April 26, 2010, this Court found that section 362(a) of the Bankruptcy Code did not prohibit an action by one or more of the Defendant's shareholders to commence an action in Washington state court to compel a shareholders' meeting under applicable state law. Immediately thereafter, the Plaintiffs commenced an action against the Defendant in Thurston County Superior Court in Washington (the "State Court") to compel a shareholders' meeting (the "State Court Action"). On or about May 13, 2010, the Defendant removed the State Court Action to the United States Bankruptcy Court for the Western District of Washington – Tacoma (the "Washington Bankruptcy Court"). In response thereto, the Plaintiffs filed their *Motion to Remand, or in the Alternative Transfer for Hearing on Remand*

{00129515.1 \ WB100}

1

(the "Motion") [Washington Bankruptcy Court Dk. No. 20] seeking a remand of the action to State Court or in the alternative a transfer of the action to this Court for a determination of the remand issue. By Order dated June 21, 2010 [DE Adv. Dkt. No. 1], the Washington Bankruptcy Court transferred the adversary proceeding to Delaware and preserved the remand issue for this Court's determination.

2. In consideration of the foregoing, the Plaintiffs hereby withdraw their Motion for a remand and consent to this Court's jurisdiction over the instant adversary proceeding.

Dated: Wilmington, Delaware
June 28, 2010

        WOMBLE CARLYLE SANDRIDGE & RICE, PLLC

      By: /s/ Steven K. Kortanek
        Steven K. Kortanek (DE Bar No. 3106)
        222 Delaware Avenue
        Wilmington, DE 19801
        Telephone: (302) 252-4363
        Facsimile: (302) 661-7728
        Email: skortanek@wcsr.com

               -and-

      HALPERIN BATTAGLIA RAICHT, LLP
        Alan D. Halperin, Esq.
        Walter Benzija, Esq.
        555 Madison Avenue, 9th Floor
        New York, NY 10022
        Telephone: (212) 765-9100
        Facsimile: (212) 765-0964

        *Counsel to the Plaintiffs*