IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> WASHINGTON MUTUAL, INC.[1] <br><br> Debtor. | Chapter 11 <br><br> Case No. 08-12229 (MFW) <br><br> Jointly Administered |
| ESOPUS CREEK VALUE LP and <br> MICHAEL WILLINGHAM, <br><br> Plaintiffs <br><br> v. <br><br> WASHINGTON MUTUAL, INC., <br><br> Defendant | Adv. Pro. No. 10-51297 (MFW) |

## NOTICE OF DEPOSITION OF ANDREW SOLE

**TO:**

Steven K. Kortanek
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
222 Delaware Avenue
Wilmington, DE 19801

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, made applicable to this proceeding by Rule 7030 of the Federal Rules of Bankruptcy Procedure, Washington Mutual, Inc. will take the deposition upon oral examination of Andrew Sole on August 31, 2010, beginning at 10:00 a.m. (prevailing Eastern time), at the offices of Richards, Layton & Finger, P.A., One Rodney Square, 920 N. King Street, Wilmington,

---

[1] The Debtors in these Chapter 11 cases and the last four digits of each Debtor's federal tax identification numbers are: (i) Washington Mutual, Inc. (3725) and (ii) WMI Investment Corp. (5395). The Debtors are located at 925 Fourth Avenue, Suite 2500, Seattle, Washington 98104.

1

Delaware. The deposition will be conducted under oath by an officer authorized to take such testimony, will be recorded by videotape and/or stenographic means, and will continue from day to day until completed or adjourned. You are invited to attend and cross-examine.

Dated: July 20, 2010
       Wilmington, Delaware

/s/ *signature*
Mark D. Collins (No. 2981)
Marcos A. Ramos (No. 4450)
Chun I. Jang (No. 4790)
Tyler D. Semmelman (No. 5386)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
Wilmington, Delaware 19899
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-- and --

Marcia L. Goldstein
Brian S. Rosen
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Debtors*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 20th day of July 2010, he caused a copy of the foregoing **Notice of Deposition of Andrew Sole** to be served on counsel of record in this proceeding as follows:

| **Via Hand Delivery** | **Via First-Class Mail** |
|---|---|
| Steven K. Kortanek<br>WOMBLE CARLYLE SANDRIDGE & RICE, PLLC<br>222 Delaware Avenue<br>Wilmington, Delaware 19801 | Bert W. Markovich<br>Colin Folawn<br>SCHWABE, WILLIAMSON & WYATT, P.C.<br>1420 Fifth Avenue, Suite 3400<br>Seattle, Washington 98101 |
| William P. Bowden<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, Delaware 19899 | Fred S. Hodara<br>Robert A. Johnson<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>One Bryant Park<br>New York, New York 10036 |
| David B. Stratton<br>John H. Schanne, II<br>Evelyn J. Meltzer<br>PEPPER HAMILTON LLP<br>Hercules Plaza, Suite 1500<br>1313 Market Street<br>P.O. Box 1709<br>Wilmington, Delaware 19899-1709 | Parker C. Folse, III<br>Edgar Sargent<br>Justin A. Nelson<br>SUSMAN GODFREY, L.L.P.<br>1201 Third Avenue, Suite 3800<br>Seattle, Washington 98101 |
| Joseph McMahon<br>OFFICE OF THE U.S. TRUSTEE FOR THE DISTRICT OF DELAWARE<br>844 N. King Street<br>Suite 2207, Lockbox 35<br>Wilmington, Delaware 19801 | Stephen D. Susman<br>SUSMAN GODFREY, L.L.P.<br>654 Madison Avenue, 5th Floor<br>New York, New York 10065 |

Tyler D. Semmelman (No. 5386)

US_ACTIVE:\43448634\01\79831.0003
RLF1 3592175v.1

3