# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| *In re* | : | Chapter 11 |
| WASHINGTON MUTUAL, INC., et al. | : | Case No. 08-12229 (MFW) |
| Debtors. | : | Jointly Administered |
|  | : |  |
| ESOPUS CREEK VALUE LP and MICHAEL WILLINGHAM, | : |  |
| Plaintiffs | : |  |
| v. | : | Adv. Pro. No. 10-51297 (MFW) |
| WASHINGTON MUTUAL, INC., | : |  |
| Defendant | : |  |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 20, 2010, counsel for Washington Mutual, Inc. ("WMI") caused a copy of **WMI's First Request for the Production of Documents Directed to Michael Willingham and Esopus Creek Value LP** to be served in the manner set forth on the attached Exhibit 1.

Dated: July 20, 2010
      Wilmington, Delaware

/s/ *signature*
Mark D. Collins (No. 2981)
Marcos A. Ramos (No. 4450)
Chun I. Jang (No. 4790)
Tyler D. Semmelman (No. 5386)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
Wilmington, Delaware 19899
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-- and --

Marcia L. Goldstein
Brian S. Rosen
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Washington Mutual, Inc.*

## Exhibit 1

## Service List

| **Via Hand Delivery** | **Via First-Class Mail** |
|---|---|

Steven K. Kortanek
WOMBLE CARLYLE SANDRIDGE &
RICE, PLLC
222 Delaware Avenue
Wilmington, Delaware 19801

Bert W. Markovich
Colin Folawn
SCHWABE, WILLIAMSON & WYATT, P.C.
1420 Fifth Avenue, Suite 3400
Seattle, Washington 98101

William P. Bowden
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899

Fred S. Hodara
Robert A. Johnson
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036

David B. Stratton
John H. Schanne, II
Evelyn J. Meltzer
PEPPER HAMILTON LLP
Hercules Plaza, Suite 1500
1313 Market Street
P.O. Box 1709
Wilmington, Delaware 19899-1709

Parker C. Folse, III
Edgar Sargent
Justin A. Nelson
SUSMAN GODFREY, L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101

Joseph McMahon
OFFICE OF THE U.S. TRUSTEE FOR THE
DISTRICT OF DELAWARE
844 N. King Street
Suite 2207, Lockbox 35
Wilmington, Delaware 19801

Stephen D. Susman
SUSMAN GODFREY, L.L.P.
654 Madison Avenue, 5th Floor
New York, New York 10065