Emanuel Levy
814 Sycamore Ct
Toms River, NJ 08753

emanuel@levy.net
10/26/10



Honorable Judge Mary Walrath
Case 08-12229
824 N. Market St. 5th. Floor
Wilmington, DE 19801

Dear Honorable Judge Mary Walrath:

    I am a shareholder in Washington Mutual Incorporated. A few times I have taken personal time off from work to drive down to attend hearings in the Washington Mutual Incorporated bankruptcy case, because as a shareholder I am vested in this case and the outcome will affect my family and myself.

    From my observations you are the embodiment of what a Judge is. You are fair, impartial and give all parties a chance to speak before making a decision. You also have the ability to re-think your actions and change your mind as you did in the appointment of an examiner when it may have been easier to stand behind your original decision to deny the examiner.

    I am asking you to approve Adversary Proceeding # 10-51297 which will allow us to have a Shareholder's meeting. Under the terms of Washington Mutual's charter we are entitled to a Shareholder's meeting and I strongly feel this is overdue.

Thank you for your time

Sincerely,
Emanuel Levy
814 Sycamore Court
Toms River, NJ 08753